**No. 10-8974. Barion Perry, Petitioner v. New Hampshire.**

565 U.S. 961, 132 S. Ct. 472, 181 L. Ed. 2d 292, 2011 U.S. LEXIS 7479.

October 17, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-1491. Esther Kiobel, Individually and on Behalf of Her Late Husband, Dr. Barinem Kiobel, et al., Petitioners v. Royal Dutch Petroleum Co., et al.**

565 U.S. 961, 132 S. Ct. 472, 181 L. Ed. 2d 292, 2011 U.S. LEXIS 7522.

October 17, 2011. Motion of International Law Scholars for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted, and case is to be argued in tandem with No. 11-88, Mohamad, Individually and for the Estate of Rahim, Deceased, et al. v. Palestinian Authority, et al., infra.

Same case below, 621 F.3d 111.

**No. 11-45. Michael B. Elgin, et al., Petitioners v. Department of the Treasury, et al.**

565 U.S. 962, 132 S. Ct. 453, 181 L. Ed. 2d 292, 2011 U.S. LEXIS 7552.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted.

Same case below, 641 F.3d 6.

**No. 11-88. Asid Mohamad, Individually and for the Estate of Azzam Rahim, Deceased, et al., Petitioners v. Palestinian Authority, et al.**

565 U.S. 962, 132 S. Ct. 454, 181 L. Ed. 2d 292, 2011 U.S. LEXIS 7581.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted, and case is to be argued in tandem with No. 10-1491, Kiobel, Individually and on Behalf of Her Late Husband Kiobel, et al. v. Royal Dutch Petroleum Co., et al., supra.

Same case below, 394 U.S. App. D.C. 277, 634 F.3d 604.

**No. 11-210. United States, Petitioner v. Xavier Alvarez.**

565 U.S. 962, 132 S. Ct. 457, 181 L. Ed. 2d 292, 2011 U.S. LEXIS 7481.

October 17, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 617 F.3d 1198.